UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                    CASE NO.: 13-40217-KKS
                                          CHAPTER 13
APRIL SIMS WIX

         Debtor         /

ORDER DENYING CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS WITH CONDITIONS (Docket No. 14)

**THIS CAUSE**, having come before the Court upon the Chapter 13 Trustee's Motion to Dismiss (Docket No. 14), and the Court having reviewed the file, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. The Trustee's Motion to Dismiss is DENIED, provided the Debtor(s) complies with the condition(s) in this Order.

2. Debtor(s) shall cure the delinquency of $200.00.

3. This payment shall be made within ten (10) days from the date of the hearing, or June 23, 2013. This payment shall not relieve the Debtor(s) of the obligation to make each and every payment due under the Plan.

4. If the Debtor(s) complies with the aforementioned provision(s), the Trustee shall notify the Court to enter a

Strict Compliance Order.

5. If Debtor(s) fails to comply with the aforementioned condition(s), the Trustee shall submit a Notice of Failure to Comply with Order Denying Chapter 13 Trustee's Motion to Dismiss With Conditions, and the Court shall enter an Order Dismissing Case without further notice or hearing.

**DONE AND ORDERED** this 19th day of June, 2013.

_____
KAREN K. SPECIE
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER PREPARED BY:

LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302