FORM orcmpli

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re: April Sims Wix  
aka April Marie Sims, dba Nana's Little Red Schoolhouse, LLC  
SSN/ITIN: xxx–xx–5086  
Tax ID: 27–3115748  
 Debtor

Bankruptcy Case No.:   13−40217−KKS

Chapter:  13  
Judge:  Karen K. Specie

## STIPULATED ORDER ON CHAPTER 13
## TRUSTEE'S MOTION TO DISMISS

**THIS CAUSE**, having come before the Court upon the Chapter 13 Trustee's Motion to Dismiss, and the Debtor(s) having consented to the entry of a Strict Compliance Order;

**IT IS HEREBY ORDERED** that:

1. The Debtor(s) shall pay the regular monthly Plan payments to the Trustee each and every month on a strict compliance basis.

2. Upon notification by the Trustee of non−payment of a Plan payment, this case shall stand dismissed without further notice or hearing.

3. If the Debtor(s) has an accrued delinquency as of the date of this Order, the Debtor(s) shall file the appropriate pleading to cure the delinquency within thirty (30) days or this case shall be automatically dismissed without further notice or hearing.

4. If the Debtor(s) has submitted a check which has been returned by the bank for non−sufficient funds or account closed, then the Debtor(s) shall not tender a personal check to the Trustee. Instead, Plan payments shall be made by certified funds or by Employer Payroll Deduction. The Debtor(s)' termination of the employer deduction and tendering of a personal check by the Debtor(s) shall constitute a violation of the Strict Compliance Order and the case will then be automatically dismissed without further notice or hearing.

**DONE AND ORDERED** at Tallahassee, Florida, June 21, 2013 .

/s/ Karen K. Specie  
Karen K. Specie  
U.S. Bankruptcy Judge

Service to:  
  All creditors and parties in interest