FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re: April Sims Wix
aka April Marie Sims, dba Nana's Little Red Schoolhouse, LLC
SSN/ITIN: xxx–xx–5086
Tax ID: 27–3115748
 Debtor

Bankruptcy Case No.: 13–40217–KKS

Chapter: 13
Judge: Karen K. Specie

---

## Notice of Non–Evidentiary Hearing

  PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on December 10, 2015, at 09:00 AM, Eastern Time, at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301.

  *70* – Motion to Dismiss Case filed by Trustee Leigh D. Hart Negative Notice Response Deadline: 11/13/2015. (Hart, Leigh)

Dated: November 4, 2015

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Trustee Leigh D. Hart shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.